STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Scott Thompson
FCC, USP-1, Reg # 13223-035, A DOC No. 1
P. O. Box 1033
Coleman FL 33521-1033

**REHEARING ACTION: March 16, 2011**

**Docket Number: 10   00805-CA**

**SCOTT THOMPSON**
**VERSUS**
**SUSAN MOLINARI**

**Appealed from St. Martin Parish Case No. 72107**

**BEFORE JUDGES:**

Hon. Oswald A. Decuir
Hon. Marc T. Amy
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Scott Thompson** has this day been

**DENIED.**

cc: Richard Damian Mere, Counsel for the Appellee